# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CLAYTON HILL (2),<br><br>　　　　　Defendant. | Case No. 20-CR-00783-002-DMS<br><br>**ORDER OF RESTITUTION** |

IT IS HEREBY ORDERED:

1. Pursuant to 18 U.S.C. § 3663A, Defendant Clayton Hill (hereinafter "Defendant") shall pay restitution in the amount of $931,764 as a result of her conviction for conspiracy to commit mail fraud, in violation of 18 U.S.C. § 371. Pursuant to 18 U.S.C. § 3663(a)(3), Defendant shall pay restitution in the amount of $50,933 as a result of his conviction for tax evasion, in violation 26 U.S.C. § 7201. The total amount of restitution due is $982,697, which shall be joint and several with Geraldine Hill.

2. Restitution shall be paid to the following victims in the specified amounts. Pursuant to 18 U.S.C. § 3664(i), the non-United States government victim shall receive full restitution before the United States receives any restitution.

| Non-Governmental Victim | Amount |
|---|---|
| Brooks Sports, Inc.<br>c/o Legal Department | $931,764 |

3400 Stone Way North, Suite 500
Seattle, Washington 98103

| Governmental Victim | Amount |
|---|---|
| Internal Revenue Service | $50,933 |

3. Defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

4. After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that Defendant has the ability to pay the restitution as set forth in the following payment schedule:

   a. During any period of incarceration, Defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of Defendant's income, or $25.00 per quarter, whichever is greater.

   b. Upon release from custody, Defendant shall pay restitution at the rate of at least $500.00 per month, subject to modification upon further agreement of the parties or order of the Court.

5. This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).

6. Defendant shall forward all restitution payments by bank or cashier's check or money order. The payee, except as to Defendant's payments to the IRS, shall be the "Clerk, U.S. District Court," to:

   Clerk of the Court
   United States District Court
   Southern District of California
   333 West Broadway, Suite 420
   San Diego, CA 92101

7. For payments to the IRS, Defendant shall include, with his payment(s), his name and social security number, the District Court's docket number assigned to this case, the tax year(s) or period(s) for which restitution has been ordered, and a statement that the

payment is being submitted pursuant to the District Court's restitution order, and send payment by bank or cashier's check, payable to "Internal Revenue Service," to:

> IRS-RACS
> Attn: Mail Stop 6261, Restitution
> 3333 Pershing Ave.
> Kansas City, MO 64108

Defendant shall provide notice of any direct IRS payments to the Clerk of the Court at the address in paragraph 8 above.

8. Defendant agrees to send a notice to the Clerk of Court of the District Court of payments sent directly to the IRS.

9. The Court has determined that Defendant does not have the ability to pay interest. The interest requirement is waived pursuant to 18 U.S.C. § 3612(f)(3)(A).

10. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs. *See* 18 U.S.C. § 3664(k).

11. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs. *See* 18 U.S.C. § 3612(b)(1)(F).

IT IS SO ORDERED.

Dated:  November 4, 2020

Hon. Dana M. Sabraw
United States District Judge